WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
MYLES S. COUCH - State Bar No. 294146
mcouch@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendant COUNTY OF ORANGE, a public entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY "DEE" AGRACEWICZ, Individually; and on behalf of THE ESTATE OF KEVIN MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ORANGE, a Governmental Entity; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 8:19-cv-00251-JLS-KESx (Consolidated with Case No.: 8:19-cv-00350-JLS-KESx)<br><br>BEFORE THE HONORABLE JOSEPHINE L. STATON<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE KAREN E. SCOTT]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER FOR DEPOSITIONS AND DOCUMENTS<br><br>HEARING DATES PENDING:<br>Type: Final Pretrial Conference<br>Date: March 6, 2020<br>Time: 10:30 a.m.<br>Dept: 10A |
| JACK MORRIS, individually and as Successor in Interest to KEVIN MORRIS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ORANGE, a municipal entity, and DOES 1 through 10, inclusive,<br><br>Defendants. | |

///

///

1

1426448.1

| | |
|---|---|
| 1 | GOOD CAUSE APPEARING, and in accordance with the parties' Stipulation re Protective Order for Depositions and Documents (Dkt. 30), IT IS HEREBY ORDERED that Defendant COUNTY OF ORANGE, a public entity, Plaintiff DOROTHY "DEE" AGRACEWICZ, Individually; and on behalf of THE ESTATE OF KEVIN MORRIS, by and through her respective counsel, and Plaintiff JACK MORRIS, individually and as Successor in Interest to KEVIN MORRIS, deceased, by and through his respective counsel, are to abide by the Stipulation re Protective Order for Depositions and Documents concurrently filed herewith. |

DATED: July 22, 2019

_____Karen E. Scott_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1426448.1

**PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On July 17, 2019, I served the foregoing document(s) described as [PROPOSED] PROTECTIVE ORDER FOR DEPOSITIONS AND DOCUMENTS

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on July 17, 2019 at Costa Mesa, California.

/s/ Debra C. Koppel
Debra C. Koppel

3

1426448.1

| | | |
|---|---|---|
| 6 | Wylie A. Aitken, Esq.<br>Megan G. Demshki, Esq.<br>AITKEN AITKEN COHN<br>7121 Magnolia Ave., Suite A<br>Riverside, CA 92504<br>Telephone: (951) 534-4006<br>Facsimile: (951) 527-1415<br>wylie@aitkenlaw.com<br>megan@aitkenlaw.com | **Attorneys for Plaintiff**<br>**DOROTHY "DEE" AGRACEWICZ, Individually; and on behalf of THE ESTATE OF KEVIN MORRIS** |
| 11 | Brian T. Dunn, Esq.<br>Megan R. Gyongyos, Esq.<br>THE COCHRAN FIRM CALIFORNIA<br>4929 Wilshire Blvd., Suite 1010<br>Los Angeles, California 90010<br>Telephone: (323) 435-8205<br>Facsimile: (323) 282-5280<br>Email: bdunn@cochranfirm.com<br>mgyongvos@cochranfirm.com | Attorneys for Plaintiffs<br>**JACK MORRIS, individually and as Successor in Interest to KEVIN MORRIS, deceased** |

4/25/19

1426448.1